SHAWN N. ANDERSON
United States Attorney
GARTH R. BACKE
Assistant United States Attorney
P.O. Box 500377
Horiguchi Building, Third Floor
Saipan, MP 96950
TEL:  (670) 236-2980
FAX:  (670) 236-2985

F I L E D
Clerk
District Court

DEC 31 2018

for the Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DMITRII MAKARENKO, a/k/a "Dmitryi,"

Defendant.

Case CR 18-00021

**WARRANT OF REMOVAL**

TO:   U.S. MARSHAL
      Or other law enforcement agency, including the Federal Bureau of Investigation and/or Homeland Security Investigations

An Indictment against Defendant **DMITRII MAKARENKO, a/k/a "Dmitryi,"** having been returned in the United States District Court for the Southern District of Florida on June 15, 2017 (Case No. 17-20407), charging him with one count of Conspiracy to Export Defense Articles Without a License (in violation of 18 U.S.C. § 371), four counts of Attempting to Export Defense Articles Without a License (in violation of 22 U.S.C. § 2778), and two counts of Money Laundering (in violation of 18 U.S.C. § 1956(a)(2)(A)); and a Warrant for Arrest having been issued for his arrest, and

Said **DMITRII MAKARENKO, a/k/a "Dmitryi,"** having been arrested in this District

on the warrant of arrest issued pursuant to the above Indictment, admitted identity, and to being held to answer in the Southern District of Florida, Defendant, **DMITRII MAKARENKO, a/k/a "Dmitryi,"** is committed to your custody pending removal to the Southern District of Florida;

You are therefore commanded to remove Defendant, **DMITRII MAKARENKO, a/k/a "Dmitryi,"** forthwith to the Southern District of Florida and there deliver him to the United States Marshal for the District or to some other officer authorized to receive him.

**SO ORDERED** on December 31, 2018.

_____
RAMONA V. MANGLONA
Chief Judge