AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Dmitrii Makarenko<br>a/k/a "Dmitryi,"<br>*Defendant* | )<br>)<br>)  Case No. **17-20407**<br>)            **CR-COOKE/GOODMAN**<br>) |

*Certified to be a true and correct copy of the document on file*
*Steven M. Larimore, Clerk,*
*U.S. District Court*
*Southern District of Florida*
By: Clement Hammond
*Deputy Clerk*
Date: **Jun 16, 2017**

FILED
Clerk
District Court
DEC 31 2018
for the Northern Mariana Islands
(Deputy Clerk)

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dmitrii Makarenko a/k/a "Dmitryi",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to export defense articles without a license, in violation of Title 18, United States Code, Section 371; attempt to export defense articles without a license, in violation of Title 22, United States Code, Section 2778; and money laundering, in violation of Title 18, United States Code, Sectios 1956(a)(2)(A).


Date: 6/15/17                                                   *[signature]*
                                                              *Issuing officer's signature*

City and state:   Miami, Florida                Steven M. Larimore, Clerk of Court / Court Administrator
                                                              *Printed name and title*

---

### Return

This warrant was received on *(date)* 12/27/2018, and the person was arrested on *(date)* 12/29/2018
at *(city and state)*   Saipan, CNMI.

Date: 12/29/2018                                          *[signature]*
                                                              *Arresting officer's signature*

                                                              Naejun Park, FBI Special Agent
                                                              *Printed name and title*